| Return | | |
|---|---|---|
| Case No.: 1:24-mj-00220-JCN | Date and time warrant executed: 09/26/2024 at 10:17 AM | Copy of warrant and inventory left with: Erica Wist, Ring-Amazon case tracker |
| Inventory made in the presence of: Jonathan Richards, DEA TFO | | |
| Inventory of the property taken and name(s) of any person(s) seized: Subscriber information and video footage provided | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: October 21, 2024

*Executing officer's signature*

Jonathan Richards, DEA TFO
*Printed name and title*